

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

DALTON FARMS, LLC

                Plaintiff,

vs.

POULIN GRAIN, INC.

                Defendant.

**STIPULATION OF DISMISSAL**

Case No.: 8:18-cv-00620

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all parties to this action, that, pursuant to Rule 41 of the Federal Rules of Civil Procedure, all claims in this action are hereby dismissed on the merits, with prejudice, with no party being an infant or incompetent, and without costs to any party. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: June 24, 2019        Dated: June 3, 2019

KENNEY SHELTON LIPTAK NOWAK LLP

Rodger P. Doyle Jr., Esq.
*Attorneys for Defendants*
233 Franklin Street
Buffalo, New York 14202
(716) 853-3801
RPDoyle@kslnlaw.com

SLYE LAW OFFICES, P.C.

Robert J. Slye, Esq.
*Attorney for Plaintiff*
104 Washington Street
Watertown, New York 13601
(315) 786-0266
rjs@slyelaw.com

**SO ORDERED:**

JUDGE DAVID N. HURD
United States District Court/NDNY